FILED

02/19/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0382

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0382

_____

IN RE MATTER OF THE PARENTING OF:

A.H.S., a minor child;

CHAD SENECHAL,

   Petitioner and Appellee,       O R D E R

 and

MAIRA HORTA MOSS,

   Respondent and Appellant.

_____

   Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

   The Clerk is directed to provide a copy hereof to Maira Horta Moss, to all counsel of record, and to the Honorable Christopher D. Abbott, District Judge.

          For the Court,

                Electronically signed by:
                Cory Swanson
          Chief Justice, Montana Supreme Court
             February 19 2025